Louisa Bittrolff v. Valentine Cook, Jr., Impleaded.— Motion granted and appeal dismissed.

Everett McClure v. Jacob Schratweiser.— Motion denied on condition that appellants be ready for May term.

Guiseppi Abia v. Arthur Bollerman.— Motion granted. Order resettled.

Alfred S. Brown v. Lee A. Brown and Others.— Motion denied, with ten dollars costs.

Louis Bauer v. Euphemia A. Hawes, Impleaded.— Motion denied, with ten dollars costs.

Frank Voightman and Another v. Hubert B. McLellan and Others.— Motion denied, with ten dollars costs.

Catherine A. Ward, as Administratrix, v. Terry & Tench Construction Company.— Motion for reargument denied; motion for leave to go to Court of Appeals granted and question certified.

Albert Lilienthal v. John F. Betz.— Motion denied.

Law Reporting Company v. Dominion Coal Company.— Motion denied.

Washington Trust Company v. Christopher C. Baldwin and Another.— Motion granted and question certified.

Cremo Light Company v. Frank M. Parker, as Attorney, etc.— Motion denied.

August Braun v. T. J. Bartley and Company.— Application denied, with ten dollars costs.

Marcus Adler v. Frederick Levy.— Application denied, with ten dollars costs.

Bauduin Sagehomme v. Paul B. Pugh and Company.— Motion for stay granted on defendant giving bond in the sum of $2,500.

The People of the State of New York v. Max Block.— Extension of time granted; appellant to be ready for June term.

George G. Dewsnap v. Moses Matthews and Another.— Motion dismissed.